# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

March 16, 2016

**VIA ECF**
Hon. Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/16

Re: *37 Besen Parkway, LLC v. John Hancock Life Insurance Company (U.S.A.)*,
No. 15-cv-9924

Dear Judge Gardephe:

I write on behalf of Defendant, John Hancock Life Insurance Company (U.S.A.), to request an adjournment of the conference currently scheduled for April 14, 2016. Plaintiff does not oppose the adjournment, and the parties jointly propose April 21, 2016, as an alternative date. The parties are also available April 19, if that is preferable to the Court.

Defendant is requesting this adjournment because, in another case, counsel for Defendant has recently been ordered to appear at an expedited preliminary injunction hearing in Albany on April 14, 2016. I appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Motty Shulman*

Motty Shulman

---

**MEMO ENDORSED**

The Application is granted. The Conference is adjourned to May 5, 2016 at 10:15 A.M.

SO ORDERED:

/s/ Paul A. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: March 18, 2016