UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 37 BESEN PARKWAY, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Defendant. | Civil Action No. 15-cv-9924 |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**PLEASE TAKE NOTICE** that plaintiff 37 Besen Parkway, LLC, on behalf of itself and the proposed Settlement Class, will move this Court before the Honorable Paul G. Gardephe, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order:

- Preliminarily approving the Settlement and scheduling a final approval hearing;

- Certifying the Settlement Class, appointing Plaintiff as Class representative and Susman Godfrey L.L.P. as Class Counsel for purposes of the Settlement; and

- Approving the form and manner of notice to the Settlement Class.

In support of the motion, plaintiff will rely upon the accompanying memorandum of law, the declarations attached thereto, and other written or oral argument as may be requested or permitted by the Court.

Dated: July 20, 2018

/s/ Steven G. Sklaver
Seth Ard (Bar No. SA-1817)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com

Steven G. Sklaver (admitted *pro hac vice*)
Glenn C. Bridgman (admitted *pro hac vice*)
Rohit Nath (admitted *pro hac vice*)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
rnath@susmangodfrey.com

*Interim Class Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 37 BESEN PARKWAY, LLC, on behalf of itself and all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Defendant. | Civil Action No. 15-cv-9924<br><br>**DECLARATION OF SERVICE** |

I, Glenn C. Bridgman, declare:

1. I am over eighteen years of age, I am not a party to this action, and I am an employee with the law firm of Susman Godfrey L.L.P., in the Los Angeles, California office.

2. My business address is 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

3. On July 20, 2018, I served a copy of the NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT via email upon the following persons:

Alan Borden Vickery
avickery@bsfllp.com
John Francis La Salle, III
jlasalle@bsfllp.com
Yotam Barkai
ybarkai@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
T: 212 446 2300
F: 212 446 2350

Joseph Fields Kroetsch
jkroetsch@bsfllp.com
Motty Shulman
mshulman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
T: 914 749 8200
F: 914 749 8300

*Attorneys for Defendant,
John Hancock Life Insurance Company (U.S.A.)*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2018, at Los Angeles, California.

*/s/ Glenn C. Bridgman*
Glenn C. Bridgman

5924249v1/015039