UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 37 BESEN PARKWAY, LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), <br><br> Defendant. | Civil Action No. 15-cv-9924 |

### [PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF A THIRD DISTRIBUTION TO ELIGIBLE SETTLEMENT CLASS MEMBERS AND *CY PRES* DISTRIBUTION OF ANY REMAINING UNCLAIMED FUNDS

This matter having come before the Court on Plaintiff's Motion for Approval of a Third Distribution to Eligible Settlement Class Members and *Cy Pres* Distribution of Any Remaining Unclaimed Funds, Dkt. 166, and good cause appearing therefor,

IT IS HEREBY ORDERED, as follows:

1. Plaintiff's Motion is GRANTED.

2. The Settlement Administrator shall conduct a third *pro rata* distribution of settlement funds to eligible class members who previously cashed the checks they received, consistent with the procedure used for the second *pro rata* distribution.

3. The Life Insurance Settlement Association shall be appointed as the sole *cy pres* recipient of any unclaimed settlement funds remaining following this third distribution.

The Clerk of Court is directed to terminate the motion (Dkt. No. 166).

IT IS SO ORDERED.

Dated: April 16, 2024

_____
Paul G. Gardephe
UNITED STATES DISTRICT JUDGE

4069310v1/015039